## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| NICHOLAS S. GOULETAS, | ) | No. 16-01335 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| 800 SOUTH WELLS COMMERCIAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 1:16 ap 141 |
| | ) | |
| NICHOLAS S. GOULETAS, | ) | |
| | ) | |
| Debtor/Defendant. | ) | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Based on (1) the undisputed facts as set forth in Plaintiff's Statement of Undisputed Facts and (2) the applicable law as set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Plaintiff hereby moves for summary judgment against Debtor/Defendant Nicholas S. Gouletas as to Count Three (Denial of Discharge Pursuant to 11 U.S.C. §727(a)(2)) as alleged in Plaintiff's Adversary Complaint (D.N. 1) filed herein on March 1, 2016, and thereafter enter a Final Judgment denying Gouletas a bankruptcy discharge pursuant to 11 U.S.C. §727(a)(2)(A). A proposed form of order is submitted for the Court's consideration.

Respectfully submitted,

ARMSTRONG LAW FIRM

Dated: August 21, 2017.    By____*/s/F. Dean Armstrong*____
   F. Dean Armstrong
1324 Dartmouth Road
Flossmoor, IL  60422
708/798-1599
Fax: 708/798-1597
Email: armstronglaw@sbcglobal.net

*Attorneys for 800 South Wells Commercial LLC*

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing pleading was served upon all parties receiving CM/ECF noticing on this 21st day of August, 2017.

   ____*/s/F. Dean Armstrong*____
   F. Dean Armstrong

2