# Px R

```
 1      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
               COUNTY DEPARTMENT - LAW DIVISION
 2
      800 SOUTH WELLS COMMERCIAL     )
 3    LLC,                           )
                                     )
 4                  Plaintiff,       )
                                     )
 5           vs.                     )   No. 11 L 2895
                                     )
 6    NICHOLAS S. GOULETAS and       )
      INVSCO MANAGEMENT COMPANY,     )
 7    INC., d/b/a AMERICAN INVSCO,   )
                                     )
 8                  Defendants.      )

 9

10        The discovery deposition of DOROTHEA TOURIS,

11   taken under oath on Friday, February 10, 2017,

12   at 161 North Clark Street, Suite 2600, Chicago,

13   Illinois, pursuant to the Rules of the Supreme

14   Court of Illinois and the Code of Civil Procedure,

15   before Pauline Strohl, Certified Shorthand Reporter

16   No. 084-001253, commencing at 10:00 a.m.

17        APPEARANCES:

18            ARMSTRONG LAW FIRM PC, by
              MR. F. DEAN ARMSTRONG
19            (1324 Dartmouth Road
              Flossmoor, Illinois  60422
20            708.798.1599
              Armstronglaw@sbcglobal.net)
21
                  appeared on behalf of the plaintiff;
22

23

24
```

DOROTHEA TOURIS, 02/10/2017

```
                                                    Page 2
 1       APPEARANCES:  (Cont'd)

 2              BEERMAN, PRITIKIN, MIRABELLI, SWERDLOVE
                LLP by
 3              MR. HOWARD L. TEPLINSKY
                (161 North Clark Street, Suite 2600
 4               Chicago, Illinois  60601
                 312.621.9700
 5               Hteplinsky@beermanlaw.com)

 6                appeared on behalf of the defendants.

 7                  *   *   *   *   *   *   *

 8

                            I N D E X
 9
   Witness:                                 Page
10
   DOROTHEA TOURIS
11
          Examination by:
12
            Mr. Armstrong                  3, 114
13          Mr. Teplinsky                   113

14
                       E X H I B I T S
15
   Number                       Marked/referenced
16
   Touris Exhibit A             3, 44, 123
17 Touris Exhibit B             8, 19, 92, 117
   Touris Exhibit C             8, 86, 96, 115
18 Gouletas Exhibit 27          97
   Gouletas Exhibit 56          94
19 Gouletas Exhibit 145         111

20

21       (Exhibits retained by Mr. Armstrong.)

22                  - - - - -

23

24
```

Urlaub Bowen & Associates, Inc.   312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 3

 1                    (Witness sworn.)

 2                    DOROTHEA TOURIS,

 3  called as a witness herein, having been first duly

 4  sworn, was examined and testified as follows:

 5                    EXAMINATION

 6  BY MR. ARMSTRONG:

 7       Q.    Please state your full name for the

 8  record?

 9       A.    Dorothea A. Touris.   Aphrodite Touris.

10       Q.    And your address, where you live?

11       A.    111 East Chestnut Street, Chicago,

12  Illinois, 60611.   Apartment 27B.

13       Q.    How long have you lived there?

14       A.    25 some years.

15       Q.    Have you ever heard of a company called

16  Europa Holding Company?

17       A.    No.

18       Q.    Let me show you Touris Exhibit A which

19  is a subpoena with a request for production of

20  documents and tell me if you have seen that

21  document before?

22       A.    Yes.

23       Q.    Can you tell me what you did to ensure

24  compliance with the document subpoena?

DOROTHEA TOURIS, 02/10/2017

Page 4

1     A.     Reviewed all my notes and tried to find

2  the files that had the backups on some of these.

3     Q.     When you said you reviewed your notes,

4  what notes are you talking about?

5     A.     Any loans that were given.

6     Q.     Anything else?

7     A.     No, that's it.

8     Q.     Have you had your deposition taken

9  before?

10    A.     No.

11    Q.     Were there any documents that you are

12  not producing that fall subject to the scope of

13  that subpoena, Touris Exhibit A?

14    A.      No, I think I've given almost

15  everything -- I've given everything to Howard.

16    MR. TEPLINSKY:   We're not withholding any

17  documents.

18  BY MR. ARMSTRONG:

19    Q.     Were there any documents that you

20  thought you could locate but were not able to

21  locate?

22    A.     No.

23    Q.     Do you have a computer?

24    A.     Yes.

DOROTHEA TOURIS, 02/10/2017

Page 6

1   personal stuff at all.  It's just timewise, you

2   know, I'll be there at 2:00 o'clock; I'm late or

3   whatever so...

4        Q.   Did you check your text messages; did

5   you check your cell phone or your computer for text

6   messages between you and Nick Gouletas?

7        A.   Yes, I did.

8        Q.   How did you do that?

9        A.   I just went on to the texts and

10  reviewed his name.  There was nothing on there.  It

11  was just -- it's all related to I will meet you at

12  2:00 o'clock; I'm running late.  It had nothing to

13  do with --

14        Q.   Did you review your e-mails?

15        MR. TEPLINSKY:  Asked and answered.

16  BY MR. ARMSTRONG:

17        Q.   Did you go back and review your

18  e-mails?

19        A.   Yes.

20        Q.   How did you do that?

21        A.   I just went through my e-mails and

22  there was nothing on -- there was nothing on

23  e-mails.  I don't communicate with him basically on

24  e-mails.  Can't read them, you know, so...

DOROTHEA TOURIS, 02/10/2017

1     Q.    Did you do a word search?

2     A.    No.

3     Q.    Where is your computer?

4     A.    At my office.

5     Q.    Where is your office?

6     A.    111 East Chestnut.

7     Q.    At your home?

8     A.    Uh-hum.

9     MR. TEPLINSKY:  Yes?

10    A.    Yes.

11  BY MR. ARMSTRONG:

12    Q.    Have you deleted any e-mails from your

13  computer?

14    MR. TEPLINSKY:  Ever?  On any subject?  I'll

15  object to the form of the question, scope of the

16  question.  It's overbroad.

17  BY MR. ARMSTRONG:

18    Q.    Within the last two years have you

19  deleted anything from your computer?

20    MR. TEPLINSKY:  Again on any subject?

21  BY MR. ARMSTRONG:

22    Q.    For any matters pertaining to Nick

23  Gouletas?

24    A.    Oh, there are no -- no, because there

DOROTHEA TOURIS, 02/10/2017

1      Q.    Do you know the Annunciation Greek

2  Orthodox Cathedral?

3      A.    Yes, I do.

4      Q.    What is that?

5      A.    It's a Greek church on LaSalle Street.

6      Q.    Do you go to that church?

7      A.    Once in a while.

8      Q.    Does Mr. Gouletas go there, Nick

9  Gouletas?

10     A.    Yes, I think he does.

11     Q.    Within the last two years have you

12  known of any charitable contributions by Nick

13  Gouletas to that church?

14     A.    There's two right here.

15     MR. TEPLINSKY:  What are you referring to?

16  The witness is referring to Exhibit B, page DT0018.

17  BY MR. ARMSTRONG:

18     Q.    Can you tell me which entries pertain

19  to charitable contributions by Nick Gouletas to the

20  Annunciation Greek Church on DT18?

21     A.    April 29, 1,500.  April 29, 3,500.

22     Q.    How do you know those were charitable

23  contributions by Nick Gouletas to the Annunciation

24  Greek church?

DOROTHEA TOURIS, 02/10/2017

1       A.      Can I look through this?

2       Q.      I think this is my copy but --

3       A.      One is altar covers.  One is feast day

4  that he --

5       Q.      Okay.  But these check numbers 2416 and

6  2417, those are checks drawn on your account?

7       A.      Right.  So --

8       MR. TEPLINSKY:  You've answered the question.

9       A.      What?

10      MR. TEPLINSKY:  You've answered the question

11  and you said right.

12      A.      Yes.

13  BY MR ARMSTRONG:

14      Q.      So how is it that those are charitable

15  contributions by Nick Gouletas to the Annunciation

16  Greek church when they're checks on your account?

17      A.      This is a check that was a loan that

18  Nick received from Paul Jones.  And he asked me to

19  deposit in my account and pay the bills.

20      Q.      Okay.  So there's a $415,000 check

21  dated March 17, 2015, from Paul Jones payable to

22  Dorothea Touris.  By the way am I pronouncing your

23  last name correctly?

24      A.      Touris.

Urlaub Bowen & Associates, Inc.  312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 13

1    they had.   Nick didn't have anybody.   And I thought

2    I'd step in and help him.

3         Q.    Tell me, did Mr. Gouletas tell you that

4    there's going to be $415,000 coming from Paul Jones

5    to be deposited into your account?

6         A.    Yes.

7         Q.    What did he tell you?

8         A.    Exactly that, that there was a check

9    for 415,000 coming.   To deposit it in account and

10   start paying the bills.

11        Q.    When did you have this conversation

12   with Nick Gouletas?

13        A.    March of 2015.

14        Q.    Was it over the telephone?

15        A.    No, it was in person.

16        Q.    Where was the conversation?

17        A.    I don't remember.   I think it was in --

18   it might have been in his apartment.

19        Q.    Who else was present?

20        A.    Nobody.

21        Q.    Did Nick Gouletas explain to you why

22   this money wasn't put into a checking account in

23   his own name?

24        A.    No.

DOROTHEA TOURIS, 02/10/2017

```
 1        Q.    Did you ask him?
 2        A.    No, I knew -- no, no.  I knew that it
 3   couldn't go into another account because I would
 4   have to be writing the checks.
 5        Q.    Well, the question was do you know of
 6   any reason why Nick Gouletas didn't take this
 7   $415,000 and handle that money himself personally?
 8        A.    No.
 9        Q.    Did you ask him and he didn't tell you?
10        A.    No, I didn't ask him.
11        Q.    Do you wonder why is it being handled
12   this way?
13        A.    I didn't think it was -- I was offering
14   to help.
15        Q.    So you offered to do this?
16        A.    Yes.
17        Q.    So he didn't ask you to do it.  You
18   offered to do it?
19        A.    No, no.  We talked about it together
20   and he wanted the bills paid so I -- he said would
21   you deposit -- no, he asked me, would you deposit
22   this in your account and pay the bills.
23        Q.    So you knowingly and intentionally
24   agreed to help Nick Gouletas?
```

Urlaub Bowen & Associates, Inc.   312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 16

1    Gouletas?

2        A.    No.

3        Q.    When did that stop?

4        A.    This is the only one.

5        Q.    I'm sorry.  After the money was put in

6    the account, in a regular, continuous and

7    systematic basis from that point on forward, you've

8    been taking funds that belong to Nick Gouletas and

9    using those funds to pay his bills through your own

10   checking account.  Fair enough?

11       A.    Okay.

12       Q.    Okay means yes?

13       A.    Yes.

14       Q.    Is the $415,000 as referenced by,

15   what's the DT number on that?

16       MR. TEPLINSKY:  Ten.

17   BY MR. ARMSTRONG:

18       Q.    DT10.  Okay.  DT10 is this $415,000

19   check from Paul A. Jones paid to the order of

20   Dorothea Touris.  That was deposited in your

21   account where?  What bank?

22       A.    Chase.

23       Q.    Chase where?

24       A.    Chase, my Chase account.

Urlaub Bowen & Associates, Inc.  312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 17

1        Q.    I'm sorry.  What bank?  Which location?

2   I'm sorry.

3        A.    Oh, where did I deposit?

4        Q.    Yes.

5        A.    Probably the one closest to me on

6   Peterson.  Peterson Avenue.

7        Q.    In Chicago?

8        A.    In Chicago.

9        Q.    Did you set up a separate account for

10  the handling of Nick Gouletas' funds or did you

11  comingle that money with your own funds in an

12  existing account?

13       MR. TEPLINSKY:  Objection to the form of the

14  question.

15       MR. ARMSTRONG:  Now that was a proper

16  objection.

17       MR. TEPLINSKY:  All of my objections are

18  proper.  But thank you.

19  BY MR. ARMSTRONG:

20       Q.    The $415,000 that belonged to Nick

21  Gouletas, did you deposit that into a new account

22  or did you deposit it into an existing account?

23       MR. TEPLINSKY:  Object to the form of the

24  question.  And assumes facts not in evidence.

DOROTHEA TOURIS, 02/10/2017

    1   BY MR. ARMSTRONG:

    2       Q.   All right.  Did you deposit the

    3   $415,000 that belonged to Nick Gouletas into an

    4   account?

    5       MR. TEPLINSKY:  Same objection.  You haven't

    6   established that the $415,000 belonged to Nick

    7   Gouletas.

    8   BY MR. ARMSTRONG:

    9       Q.   Wait, wait, wait.  That wasn't a loan

   10   to you, was it?

   11       A.   No.

   12       Q.   Who was it a loan to?

   13       A.   Nick.

   14       Q.   Whose money was it?

   15       A.   Nick.

   16       Q.   Did you take Nick Gouletas' money and

   17   put it into an existing account or a new account?

   18       A.   Existing.

   19       Q.   So it was an existing checking account

   20   that you had, correct?

   21       A.   Right.

   22       Q.   So you took Nick Gouletas' $415,000.

   23   You commingled that money with your own funds in an

   24   existing account, correct?

Urlaub Bowen & Associates, Inc.   312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 19

```
 1        A.    Yes.

 2        Q.    Is the $415,000 reflected by Touris

 3   Exhibit B, DT10, is that the only money that you've

 4   handled for and on behalf of Nick Gouletas?

 5        A.    No.

 6        Q.    Were there more funds given to you?

 7        A.    Yes.

 8        Q.    What additional funds?

 9        A.    February, 2015.

10        Q.    What page number is that, please?

11        A.    0012.

12        Q.    February?

13        A.    17.

14        Q.    $15,730?

15        A.    Right.  It was wired.

16        Q.    Who was that from?

17        A.    Private Bank and Trust Company.

18        Q.    How did the funds get into your

19   account?  I know by wire transfer.  From what

20   source?

21        A.    Yeah, it was wired.

22        Q.    Who sent the funds, who wired the

23   funds?

24        A.    I don't know.
```

DOROTHEA TOURIS, 02/10/2017

Page 20

1      Q.    How do you know that was Nick Gouletas'

2  money?

3      A.    Nick told me that this was going to

4  happen.

5      Q.    What did he tell you?

6      A.    He said that I'm wiring 15,000 in your

7  account.

8      Q.    Was this conversation with Nick

9  Gouletas about the 15,000 going into your account

10 in person, over the telephone?

11     A.    In person.  It was in person.

12     Q.    Where was this conversation?

13     A.    At his apartment.

14     Q.    Was anyone else present?

15     A.    No.

16     Q.    Tell me the best of your recollection

17 what he said?

18     A.    That I have a check coming in for

19 15,000, that I would like you to put in your

20 account and pay some bills.

21     Q.    And your response was what?

22     A.    Yes.

23     Q.    Did Nick Gouletas ever explain to you

24 why he wasn't taking -- this 15,730, you understood

DOROTHEA TOURIS, 02/10/2017

Page 21

1    this money belonged to Nick Gouletas, correct?

2         A.    Correct.

3         Q.    This $15,730, did Nick Gouletas ever

4    explain to you why he didn't handle this money on

5    his own and put this money into his own account?

6         A.    No.

7         Q.    Did you ever ask him?

8         A.    No.

9         Q.    Did you ever wonder why is he doing

10   this?

11        A.    I wanted to help.

12        Q.    Pardon?

13        A.    I wanted to help him.

14        Q.    No, no.  Did you wonder why he was --

15   for how many people in the world have you said

16   okay, I'm going to take your money and I'm going to

17   put it into my account and I'm going to pay your

18   bills.

19        A.    Only my personal friends and Nick is a

20   personal friend.

21        Q.    Who else have you done that for?

22        A.    Nobody else.

23        Q.    So the only person in the whole

24   world --

DOROTHEA TOURIS, 02/10/2017

Page 22

```
 1        A.    Maybe one other person in my life.

 2        Q.    Who would that be?

 3        A.    A friend of mine.

 4        Q.    Who?

 5        A.    Just a friend of mine.  Just a friend.

 6        Q.    When?

 7        A.    Years ago.  Years and years ago.

 8        Q.    So other than this friend, fair to say

 9   many years ago?

10        A.    Many, many years ago.

11        Q.    Other than this friend many, many years

12   ago?

13        A.    Many, many years ago.

14        Q.    The only person that you've said, okay,

15   I'll take your money.  I will allow it to be put

16   into my existing checking account and I'll pay your

17   bills?

18        A.    Yes.

19        Q.    So we've got 15,730 on February 17,

20   2015.  We've got the $415,000 on what was that,

21   March 17, 2015.  Other than those two episodes,

22   have you ever had any money that belonged to Nick

23   Gouletas and put it into your own account for the

24   payment of Nick Gouletas' bills?
```

DOROTHEA TOURIS, 02/10/2017

Page 23

1      A.      Third one.  DT008.  A check for 396.

2      Q.      $396,218.84, is that correct?

3      A.      Correct.

4      Q.      Tell me about those funds?

5  $396,218.84, was it like the other, Nick called you

6  up or you met with him?

7      A.      I met with him at his office, I

8  remember this.  Yes, I met with him in his office

9  and he said I would like you to deposit this in

10  your account.  And I want you to pay 195,000 to

11  Steven Gouletas and 50,000 to a gentleman.  And

12  then the 150,000 is an investment that I had with

13  Home by Invsco.  And Nick said that that would be

14  reimbursement to me for part of what he owed me.

15      Q.      So this Touris Exhibit B, DT008, this

16  check for $396,218.84, these were funds that you

17  understood belonged to Nick Gouletas, correct?

18      A.      Yes.

19      Q.      And you met with him at his office and

20  he said take my $396,218.84, put it into your

21  account, correct?

22      A.      Uh-hum.

23      Q.      That's a yes?

24      A.      Yes.

DOROTHEA TOURIS, 02/10/2017

Page 24

1      Q.    And this was the first one?

2      A.    Yes.  This is the very first one.

3      Q.    Like the other two, I know the other

4  two were later.  But this one, January 21, 2015,

5  did Nick Gouletas explain to you why he wanted his

6  money to go into your checking account as opposed

7  to Nick Gouletas handling the $396,218.84 on his

8  own?

9      A.    He asked me to deposit this in my

10 account.

11     Q.    I'm sorry.  Did he explain why?

12     A.    No.

13     Q.    Did you ask him why?

14     A.    No.

15     Q.    Did you ever wonder why?

16     A.    No.

17     Q.    Did you ever think maybe Nick Gouletas

18 is running from his creditors?

19     A.    No, because he mentioned right away

20 that he was going to pay me some of my money back

21 from Home by Invsco.  I was an investor with Home

22 by Invsco.

23     Q.    And you said pay $195,000 to Steve

24 Gouletas, correct?

DOROTHEA TOURIS, 02/10/2017

Page 25

1      A.      Right.

2      Q.      Pay $50,000 to a gentleman.  Who is the

3   gentleman?

4      A.      An investor, George Spanos.  George

5   Spanos, an investor of Nick's.

6      Q.      And then --

7      A.      He asked if I would take some money and

8   give it to him.

9      Q.      Did you ever wonder why doesn't Nick

10   Gouletas do this on his own directly?

11      A.      No.

12      Q.      Was there ever any concern on your part

13   that Nick Gouletas is in financial difficulties

14   running from his creditors; I may be aiding and

15   abetting fraudulent transfers?

16      A.      No.

17      Q.      That thought never entered your mind?

18      A.      No.

19      Q.      Did you know Nick Gouletas was in

20   financial difficulty in January, 2015?

21      A.      Yes.

22      Q.      When did you learn he was in financial

23   difficulty?

24      A.      When I read it in Crain's.

DOROTHEA TOURIS, 02/10/2017

Page 30

1      A.     No, because I withdrew my money out of

2  that account right away.  And I wanted it clean and

3  have just Nick's money in there.  So I can show you

4  exactly where I did that.  Once I saw that I was

5  paying all these bills on March, 2015, I withdrew

6  my $1,006.56.  And then all this happens to be the

7  part of the 415.

8      Q.     So when we look at these pages going

9  from DT14 through DT21, those are all of the

10 financial transactions that you handled for Nick

11 Gouletas with Nick Gouletas' money, correct?

12     A.     Yes.

13     Q.     And why is it that the last entry was

14 October 30, 2015?  In other words, there's been no

15 activity since then?

16     A.     No.

17     Q.     That money is still sitting there?

18     A.     Yes.  I mean -- yes.

19     Q.     Why haven't you paid any bills out of

20 that account from and after October 30, 2015?

21     A.     There's only 1,368 left.

22     Q.     1,000?

23     A.     $368.

24     Q.     And 47 cents?

DOROTHEA TOURIS, 02/10/2017

1      A.     Right.

2      Q.     But you haven't paid anymore bills from

3  that account since October?

4      A.     Right.

5      Q.     30, 2015?

6      A.     Right.

7      Q.     Well, have you said Nick, there's still

8  money sitting in my account that belongs to you?

9  No?

10     A.     No, no.

11     Q.     Has he asked you about it?

12     A.     No.

13     Q.     The handling of Nick Gouletas' money

14 through your checking account, did you ever ask

15 anybody is it okay to do this?

16     A.     No.  I -- no.

17     Q.     Did you ever tell anybody?

18     A.     No.

19     Q.     So there were three deposits into your

20 checking account of Nick Gouletas' money, correct?

21     A.     Correct.

22     Q.     So if Nick Gouletas asked you today can

23 you pay another bill out of your checking account

24 with my money, you would do it, correct?

DOROTHEA TOURIS, 02/10/2017

Page 35

```
 1        A.    I look at my records.  I know I have my
 2   records.
 3        Q.    Where are the records?
 4        A.    In my head.
 5        Q.    So you look at the records in your
 6   head?
 7        A.    I mean I know, I know the projects very
 8   well.  I was the director of design for Nick
 9   Gouletas at American Invsco.  I did all the models.
10   So I'm, you know, familiar with it.
11        Q.    Since you look at the records in your
12   head, tell me how you arrived at the calculation
13   that there's about 30,000 left?
14        A.    Well, I know that I was paid back about
15   170,000 on this particular investment.
16        Q.    When?
17        A.    Last 20 years.  Maybe 15.  Maybe 15.
18        Q.    Have you made a request on Nick
19   Gouletas, hey, you know, where is my remaining
20   $30,000?
21        A.    No.
22        Q.    Why not?
23        A.    Well, because I kept getting involved
24   in other projects and it was okay for me.
```

DOROTHEA TOURIS, 02/10/2017

1    BY MR. ARMSTRONG:

2        Q.    Why did you stop?  Did he ask you to

3    stop?

4        A.    Yes, that was it.

5        Q.    What do you mean that was it?  Did he

6    say don't pay any more of my bills?

7        A.    No, there's -- we were done.  We were

8    done with this.  There was, you know, bottom line

9    zero account.

10       Q.    How did this process work?  The money

11   goes into your checking account.  Would Nick

12   Gouletas then give you the bills to pay?  I mean

13   how did this process go?  We've got a number of

14   checks to look at there in terms of what you were

15   asked to pay.  How did that process generally work?

16   Would he bring you the check request?  Would he

17   say, hey, Dorothea, I want you to pay this bill or

18   would you just do it on your own?

19       A.    Every single thing was done by Nick

20   telling me to do it.

21       Q.    Okay.  If you could go to page 14?  I

22   believe these are in chronological order.  Okay.

23   At the bottom January 23, 2015, that $1,006.54,

24   that's your money, correct?

DOROTHEA TOURIS, 02/10/2017

Page 55

1      A.    Yes.

2           Q.    So the first entry, February 17, 2015,

3   wire transfer.    That was the money that came in

4   that you said belonged to Nick Gouletas, correct?

5      A.    Yes.

6           Q.    And then February 18, 2015, there's

7   check number 123, minus 7,000.    Do you see that?

8      A.    Yes.

9           Q.    So this February 18, 2015, Nick

10   Gouletas asked you to write a check out of your

11   account for $7,000, correct?

12      A.    Yes.

13      Q.    Do you know who that check was paid to?

14      A.    Yes.

15      Q.    Who was it paid to?

16      A.    George Stray.

17      Q.    How was it that you remember that check

18   was paid to George Stray?

19      A.    I have a good mind.    Yes, I know that.

20   I know that it's -- I mean yes, I know that it was

21   to George Stray.

22      Q.    Who is George Stray?

23      A.    Friend of Nick's.

24      Q.    Tell me how that occurred.    Did Nick

DOROTHEA TOURIS, 02/10/2017

Page 56

1   Gouletas say, hey, I want you to write a $7,000

2   check to my buddy Nick Stray?

3        A.    I didn't ask if they -- I didn't ask.

4   He just said please write a check for 7,000 to

5   George.

6        Q.    He didn't tell you what the $7,000 was

7   for other than pay it to George Stray?

8        A.    Right.

9        Q.    Then we've got the March 6th deposit of

10  415.  We've gone over that, why that may have been

11  in error.  Then we have got the correction right

12  above that on March 12th.  On March 16, 2015, we've

13  got a withdrawal of $5,000.  Do you see that?

14       A.    Yes.

15       Q.    Tell me, that was at Nick's request?

16       A.    Yes.

17       Q.    So there was $5,000 cash withdrawn?

18       A.    Yes.

19       Q.    Given to Nick?

20       A.    I don't remember.

21       Q.    What did you do with the cash?

22       MR. TEPLINSKY:  She said she doesn't

23  remember.

24       A.    I don't remember.

DOROTHEA TOURIS, 02/10/2017

```
 1   BY MR. ARMSTRONG:

 2        Q.    Do you ever recall giving $5,000 in

 3   cash or any large denomination of cash from this

 4   account to anyone other than Nick Gouletas?

 5        A.    I don't remember.

 6        Q.    This money that was put into your

 7   checking account, have you ever given cash to Nick

 8   Gouletas from that account?

 9        A.    No.  No.

10        Q.    Then on March 17th we've got that big

11   deposit of 415,000 right above that, same day.  Let

12   me back up.  The 5,000 cash on March 16th, you

13   didn't pocket that, did you?

14        A.    No.

15        Q.    You don't have any idea where it went

16   to, who it went to?

17        A.    No.  But I can look it up.

18        Q.    How are you able to look it up?

19        A.    I don't know.  I don't know.

20        Q.    When you said no, but I can look it up,

21   to what were you referring?

22        A.    Perhaps my notes.  I'm not sure.

23        Q.    Notes, you mean handwritten notes,

24   correct?
```

DOROTHEA TOURIS, 02/10/2017

Page 59

 1   is all right here.  There is some of it that I

 2   could not find and that's that one and a few

 3   others.  That's why they're not listed.

 4       Q.    Right.  My point is that you've got

 5   handwritten notations on the account summary that

 6   you're producing.  You derived that information

 7   that you wrote into this account summary from your

 8   notes in this folder.  Fair enough?

 9       A.    Yes.

10       MR. ARMSTRONG:  Please produce the folder.

11       MR. TEPLINSKY:  If it exists, we will.  And

12   it will be redacted to include only those things

13   that you're asking for here.

14   BY MR. ARMSTRONG:

15       Q.    All right.  So March 17, 2015, we've

16   got a $5,000 withdrawal.  That was cash, correct?

17       A.    Yes.

18       Q.    Who did that cash go to?

19       A.    I don't know.  I don't remember.

20       Q.    You don't know if it went to Nick

21   Gouletas or anybody else?

22       A.    No.

23       Q.    Same as the earlier 5,000?

24       A.    Right.

DOROTHEA TOURIS, 02/10/2017

Page 60

```
 1        Q.    You don't know if it went to Nick

 2   Gouletas or anybody else, correct?

 3        A.    Right.

 4        Q.    3-20-15 we've got a check from your

 5   account.  You know what, it says transfer to check

 6   55477 -- I'm sorry.  5547, $10,000.  Tell me about

 7   that transaction?

 8        A.    I don't remember.

 9        Q.    What account ended with 5547?

10        A.    Don't know.

11        Q.    Was this a transfer to your checking

12   account?

13        A.    No.  That's not to me.

14        Q.    Was that a transfer to a Nick Gouletas

15   checking account?

16        A.    No.

17        Q.    March 20, 2015, we've got a wire

18   transfer, $10,000.  Tell me about that transfer?

19        A.    That's in here.  I guess it's not here.

20        Q.    Tell me your best recollection about

21   that?

22        A.    Nick asked me to wire some money to

23   Santangia.  I can't recall who that is at the

24   moment.
```

DOROTHEA TOURIS, 02/10/2017

Page 61

1    Q.   Okay, March 20, 2015, we've got $20,000

2  withdrawal.  That was cash that you withdrew?

3    A.   I guess, yes.

4    Q.   What happened to that?

5    A.   I don't -- I'm sorry.  I'm not privy to

6  this at the moment, these accounts here, because I

7  didn't write them on so...

8    Q.   I'm sorry.  The March 20th, 2015,

9  withdrawal and then it's got minus $20,000.  Your

10  understanding that was a withdrawal of 20,000 cash?

11    A.   Right.

12    Q.   Do you know where that cash went to?

13    A.   I don't recall.

14    Q.   Same day, March 20, 2015, there is an

15  additional withdrawal of $5,000, that was cash

16  withdrawn by you?

17    A.   Don't recall.

18    Q.   That was cash withdrawn, correct?

19    A.   Yes.

20    Q.   Did Nick Gouletas have the right on his

21  own to take money out of your account?

22    A.   No.

23    Q.   So this $5,000 cash withdrawal, that

24  would have been done by you personally?

DOROTHEA TOURIS, 02/10/2017

Page 62

1      A.     Yes.

2      Q.     Do you know what happened to that

3  $5,000 cash?

4      A.     Don't recall.

5      Q.     March 20th, 2015, transfer to save,

6  90,000.  Tell me about that?

7      A.     That's 90,000 that was transferred to

8  my account.  That's me, 5061.

9      Q.     Tell me about that transaction?

10     A.     I asked Nick that I needed some money

11  to pay some bills, whatever.  And it ended up being

12  40,000.  So the 90 was taken out but 50 was put

13  back in on March, 2015.  So Nick paid me 40,000 of

14  money that he owed me.

15     Q.     March 20, 2015, you asked Nick

16  Gouletas, you said I needed money to pay bills?

17     A.     I needed some money, yes.

18     Q.     To pay your bills?

19     A.     Right.  And then on March --

20     Q.     He authorized 90,000 to be taken out of

21  your account?

22     A.     And March 30th I put 50,000 back.  So I

23  really just wanted the 40.

24     Q.     So when the 90,000 was taken out, you

DOROTHEA TOURIS, 02/10/2017

Page 65

```
 1        Q.    So as of this date you owe Nick
 2   Gouletas what, 40,000?  You never repaid that, did
 3   you?  Correct?
 4        A.    No.
 5        Q.    You never repaid it?
 6        A.    No.
 7        Q.    Do you plan on repaying it?
 8        A.    No.
 9        Q.    Why not?
10        A.    I don't know.
11        Q.    Okay.  Then we've got March 24, 2015,
12   check for 53,000.  What did that pertain to?
13        A.    So if you go to page 0015 you'll see
14   how it starts to list what -- I just overlapped it
15   so that you were able to see exactly every penny
16   here.
17        Q.    I see, okay.  Okay.  All right.  So
18   then we do, on page 0015 we've got 53,000 to Steve
19   Gouletas.  So did Nick Gouletas ask you to write a
20   check to his son for 53,000?
21        A.    Yes.
22        Q.    Did he say what that pertained to?
23        A.    No.
24        Q.    Then right above that another check
```

DOROTHEA TOURIS, 02/10/2017

Page 66

```
 1  16,000 same date to Steve Gouletas.  Once again
 2  Nick Gouletas told you to do that?
 3       A.   Yes.
 4       Q.   And he never told you what it was for?
 5       A.   No.
 6       Q.   Then March 24, 2015, same day, another
 7  check to Steve Gouletas, 7,200, correct?
 8       A.   Yes.
 9       Q.   Same thing, Nick told to you do it, but
10  you never asked what it was for?
11       A.   No.
12       Q.   Same day, $440 check to Steve Gouletas.
13  Nick asked you to write that check to Steve
14  Gouletas, correct?
15       A.   Yes.
16       Q.   You never asked him what it was for?
17       A.   No.
18       Q.   Did you ever acquire an understanding
19  as to why all this money is going from Nick
20  Gouletas to Steve Gouletas?
21       A.   No.
22       Q.   Right above that we've got, same day,
23  March 24, 2015, busy day, $30,000 check to Natel
24  Matschulat, correct?
```

DOROTHEA TOURIS, 02/10/2017

Page 67

1      A.    Yes.

2      Q.    Did Nick ask you to pay $30,000 to his

3 wife, Natel Matschulat?

4      A.    Yes.

5      Q.    Did you understand what that was for?

6      A.    No.

7      Q.    Then we've got March 25th.  Then we've

8 got this where you're taking your money and putting

9 your money into a separate account, correct?

10     A.    Yes, correct.

11     Q.    Okay.  Then we've got March 25th, we've

12 got standard parking $897.06.  What did that

13 pertain to?  Was that the parking lot where Nick

14 Gouletas kept his car?

15     A.    Yes.

16     Q.    At 111 Chestnut?

17     A.    Yes.

18     Q.    So Nick asked you to pay his parking

19 assessment or parking fee?

20     A.    Yes.

21     Q.    Do you also park your car there?

22     A.    Yes.

23     Q.    March 26, $5,512.22.  And then above

24 that on the same day, March 26, 2015, 3,436.06, 111

DOROTHEA TOURIS, 02/10/2017

Page 68

 1   assessments.  Were those the two assessments on the

 2   two condominium units that Nick Gouletas owned?

 3        A.    Nick does not own it.

 4        MR. TEPLINSKY:  Objection.  Answer the

 5   question.

 6        A.    Nick does not own that.  Natel owns

 7   both units, 28 K and 28 J and the answer is yes.

 8   BY MR. ARMSTRONG:

 9        Q.    But Nick Gouletas' money is paying the

10   assessments for those two units?

11        A.    Yes.

12        Q.    But he doesn't own it?

13        MR. TEPLINSKY:  Asked and answered.

14   BY MR. ARMSTRONG:

15        Q.    Okay.  Then we've got March 26, 2015,

16   $1,061 B of A mortgage.  What does that pertain to?

17        A.    A mortgage for one of the units at 111

18   so...

19        Q.    March 26, 2015, we've got $869.09,

20   that's a ComEd bill, correct?

21        A.    Correct.

22        Q.    Nick Gouletas asked you to pay the

23   ComEd bill?

24        A.    Correct.

DOROTHEA TOURIS, 02/10/2017

Page 69

```
 1        Q.    Did you look at the bill?

 2        A.    Yes.

 3        Q.    Did you see it was in Nick Gouletas'

 4   name?

 5        A.    I don't recall.

 6        Q.    March 27, 2015, we've got check number

 7   2154.  Ocwen Lockbo, do you know what that pertains

 8   to?

 9        A.    Mortgage payment.

10        Q.    What is O-c-w-e-n, L-o-c-k-b-o?

11        A.    Mortgage company.

12        Q.    All right.  Check number 2157 dated

13   March 27, 2015.  $2,788.28, 33 Delaware.  What does

14   that pertain to?

15        A.    Assessments for 33 Delaware building.

16        Q.    Two different condominium units there?

17        A.    Yes.

18        Q.    Nick Gouletas is paying those

19   assessments, correct?

20        A.    Yes.

21        Q.    At his request?

22        A.    Yes, his request.

23        Q.    March 27, 2015.  $97.23 AT & T service,

24   that was Nick's request that you pay his telephone
```

Urlaub Bowen & Associates, Inc.  312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 70

1   bill?

2        A.    Yes.

3        Q.    And then page DT 16.

4        A.    Now you see that this is all doubled

5   up, but I wanted you to see the return.

6        Q.    It overlaps?

7        A.    I overlapped it so that you could see

8   it.

9        Q.    March 30, 2015, this is where you're

10  transferring back into Nick's account?

11       A.    50, right.

12       Q.    50,000 that you borrowed from him?

13       A.    Right.

14       Q.    Then page 17, April 1, 2015.  We've got

15  transfer from checking.  That was $500?

16       A.    Yeah, that was -- that was a credit

17  card mistake that was sent to this account when it

18  should have been sent to my other account.  Yeah.

19  It really didn't belong in this account, but anyway

20  it's no big deal.  It has nothing to do with that.

21       Q.    April 7, 2015, wire transfer.

22       A.    Yeah.

23       Q.    $10,000.  What does it say, Luxury

24  Management LLC?

DOROTHEA TOURIS, 02/10/2017

Page 71

1      A.     Yes.

2      Q.     What does that pertain to?

3      A.     I'll look for it.  Nick asked me to

4  wire 10,000 to this company.

5      Q.     Do you know why Nick wanted $10,000

6  wire transferred to Luxury Management LLC?

7      A.     No.

8      Q.     April 9, 2015, we've got a check,

9  $3,581.01.  111 Chestnut.  Do you know what that

10 pertains to?

11     A.     Assessments.

12     Q.     Once again Nick Gouletas asked you to

13 pay the assessment for 111 Chestnut?

14     A.     Yes.

15     Q.     April 13, 2015.  $1,391.55 check to

16 Green Tree Serve, do you know what that pertains

17 to?

18     A.     Mortgage.

19     Q.     For what property?

20     A.     I think Delaware.

21     Q.     What is Delaware?  I know it's a state.

22     A.     I'm sorry.  A condominium that Natel

23 has on Delaware Street.

24     Q.     It's your understanding Nick Gouletas'

DOROTHEA TOURIS, 02/10/2017

Page 72

```
 1   money was paying for Natel's condo assessment?

 2        A.    Yes.

 3        Q.    Have you ever handled any of Natel

 4   Matschulat's money?

 5        A.    No.

 6        Q.    Do you handle Natel Matschulat's

 7   financial affairs?

 8        A.    Yes, little bit.

 9        Q.    What do you do for Natel Matschulat?

10        A.    Pay some of the assessments.

11        Q.    Where do the funds come from?

12        A.    And the mortgage.

13        Q.    Where do the funds come from to pay the

14   assessments and the mortgage?

15        A.    Her checking account.

16        Q.    Do you have check drawing authority on

17   her accounts?

18        A.    No.

19        Q.    Do you prepare the checks and she signs

20   them?

21        A.    Yes.

22        Q.    How long have you been doing that?

23        A.    Four, five months.

24        Q.    Did someone ask you to do that?
```

DOROTHEA TOURIS, 02/10/2017

1      A.    Yes.

2      Q.    Do you have an understanding as to

3  where the source of the funds of the money in her

4  checking account is?

5      A.    Social Security.  Her pension.

6      Q.    Other than that, any other source of

7  income that you're aware of for Natel Matschulat?

8      A.    No.

9      Q.    Have you ever looked at a financial

10 statement for her?

11     A.    No.

12     Q.    Have you ever seen her income tax

13 return?

14     A.    No.

15     Q.    Any knowledge on your part as to

16 whether she had any money that she brought into the

17 marriage or -- no idea?

18     A.    I don't know.  No idea.

19     Q.    No indications that you've seen that

20 she brought any significant sums into the marriage?

21     MR. TEPLINSKY:  Asked and answered.

22     A.    No.

23 BY MR. ARMSTRONG:

24     Q.    April 13, 2015.  Lieberman Management,

DOROTHEA TOURIS, 02/10/2017

Page 75

```
 1   $230, what does that pertain to?

 2        A.      Assessment for Delaware Place.

 3        Q.      Delaware Place being what?

 4        A.      A condominium that is on Delaware

 5   Street.

 6        Q.      So Nick Gouletas is paying the

 7   assessment for this Delaware condo, correct?

 8        A.      Yes.

 9        Q.      April 14, 2015, there is a $22,474.24

10   check that you wrote to Nation Star.  What does

11   that pertain to?

12        A.      Mortgage payment.  That's what I was

13   looking for.  Mortgage payment.

14        Q.      For what piece of property?

15        A.      111 East Chestnut.

16        Q.      Was there a refinancing of those

17   condominium units that Nick Gouletas lived in?

18        A.      I don't know.

19        Q.      So April 16, 2015, there's another

20   check 14,268.31 to Nation Star.  What did that

21   $14,000 check pertain to?

22        A.      Mortgage payment.

23        Q.      So in 2 days 38,000 roughly $700 was

24   paid to Nation Star at Nick Gouletas' request?
```

DOROTHEA TOURIS, 02/10/2017

Page 76

```
 1     A.    Yes.

 2     Q.    And that's mortgage payments?

 3     A.    Yes.

 4     Q.    Okay.  Looking at page DT 18.

 5  April 27, 2015, $10,000 check to Karen Thorton?

 6     A.    Yes.

 7     Q.    T-h-o-r-t-o-n?

 8     A.    Yes.

 9     Q.    Nick asked you to write that check?

10     A.    Yes.

11     Q.    Who's Karen Thorton?

12     A.    A lady that was at the hospital when

13  his daughter was dying.

14     Q.    Lady that was at the hospital when Nick

15  Gouletas' daughter was dying?

16     A.    Yes.

17     Q.    Did you have an understanding as to

18  what the $10,000 payment to that lady was for?

19     A.    No.

20     Q.    Then we get back to we've got an April

21  29, 2015, $3,500 check to Annunciation Greek,

22  that's the Greek church?

23     A.    Greek Orthodox, yes.

24     Q.    That was done at Nick Gouletas'
```

DOROTHEA TOURIS, 02/10/2017

Page 77

1   request, you understood to be a charitable

2   contribution by him to the church?

3        A.    Yes.

4        Q.    Same day, April 29th, separate $1,500

5   check by you which you understood to be a request

6   by Nick Gouletas to make a charitable contribution

7   to the Greek Annunciation church?

8        A.    Yes.

9        Q.    April 29, 2015, $200 check to Chase.

10  Do you know what that pertains to?

11       A.    I don't recall that one.  I don't

12  recall.

13       Q.    The one right above that, $499,

14  April 30, 2015, miscellaneous debit, payment to

15  credit card Vis, $499.  Do you know what that

16  pertains to?

17       A.    Paying a credit card.

18       Q.    Nick's Visa credit card?

19       A.    No.  Natel's.

20       Q.    How do you know that to be Natel's

21  credit card?

22       A.    I remember.

23       Q.    So Nick was asking you to take his

24  money and use it to pay Natel Matschulat's credit

DOROTHEA TOURIS, 02/10/2017

Page 78

1  card, correct?

2       A.    Correct.

3       Q.    Then we've got April 30, 2015.  $2,000

4  check.  Do you know what that pertained to?

5       A.    No, don't recall that one.

6       Q.    Okay.  May 4, 2015.  $13,000 check to

7  Natel.  Tell me about that?  What did that pertain

8  to?

9       A.    I don't know.

10      Q.    May 4, 2015, $10,000, George Spanos.

11  What did that pertain to?

12      A.    I don't know.

13      Q.    Let's go back one more.  The $13,000

14  check to Natel Matschulat, that was a request by

15  Nick Gouletas that you take some of his funds and

16  write a check for the benefit of his wife, Natel

17  Matschulat?

18      A.    Yes.

19      Q.    Same day, May 4, 2015.  $10,000 to

20  George Spanos.  That was a similar request that

21  Nick made to you to take some of his funds and use

22  that to pay -- write a check to George Spanos?

23      A.    Yes.

24      Q.    May 5, 2015, we've got an on-line

DOROTHEA TOURIS, 02/10/2017

Page 80

1       A.      I don't recall.

2       Q.      May 21, 2015, $1,000 check.  Do you

3   know what that pertained to?

4       A.      I don't recall.

5       Q.      Okay.  Page DT 19.  May 26, 2015.

6   $2,712.05, transfer to checking account 2557.  Do

7   you know what that pertains to?

8       A.      I don't recall that one.

9       Q.      The one above it, May 28, 2015,

10  transfer to savings 5061.  There is a check mark by

11  that one, correct?

12      A.      That's to my account 5061.

13      Q.      What was that for?

14      A.      I asked Nick for some money and he said

15  to take 10,000 out.

16      Q.      When did you ask Nick Gouletas if you

17  could have $10,000 of his money?

18      A.      In May.

19      Q.      Did you tell him the reason?

20      A.      That I needed --

21      Q.      I'm sorry.  Go ahead.  You need the

22  money for?

23      A.      I didn't tell him what it was for.  I

24  needed it.

DOROTHEA TOURIS, 02/10/2017

Page 81

| | | |
|---|---|---|
| 1 | Q. | You told him you needed some money? |
| 2 | A. | Right. |
| 3 | Q. | Did you repay that money? |
| 4 | A. | No. |
| 5 | Q. | Are you planning on repaying it? |
| 6 | A. | No. |
| 7 | Q. | Why is that? |
| 8 | A. | I just don't plan to. |
| 9 | Q. | Did you consider it a gift?  Did you |

10  earn it?

11      A.    Had nothing to do with earning.

12      Q.    Did you consider it a gift?

13      A.    No.

14      Q.    If you didn't earn it and you didn't

15  consider it a gift, why won't you repay it?

16      A.    I don't know.

17      Q.    May 28, 2015, there is a $5,000

18  withdrawal.  Did you withdraw cash for the benefit

19  of Nick Gouletas?

20      A.    No.

21      Q.    Did you withdraw the $5,000 cash for

22  the benefit of somebody else?

23      A.    I don't recall.

24      Q.    You didn't pocket the $5,000?

DOROTHEA TOURIS, 02/10/2017

Page 82

1        A.      No.

2        Q.      So do you recall what happened to the

3    cash?

4        A.      I don't recall.

5        Q.      Same day another withdrawal of $5,000.

6    Was that done at Nick's request?

7        A.      Yes.

8        Q.      Did you give that cash to him?

9        A.      No.

10       Q.      Do you know who the cash went to?

11       A.      I don't recall.

12       Q.      Then we've got a few more payments to

13   credit cards.  May 29, 2015.  $6,500 payment to

14   Natel's credit card, correct?

15       A.      Yes.

16       Q.      June 3rd, 2015, we've got a $6,178.31

17   check and then we've got an arrow coming down from

18   the same amount up above.  Was that a double

19   payment of the assessment for the 111 Chestnut?

20       A.      June 3rd check was written.  They lost

21   it.  Was never posted.  I had to redo it June 9th.

22       Q.      June 4, 2015.  $10,000 check to Vivian.

23   Who is Vivian?

24       A.      I don't know.  I don't know.

DOROTHEA TOURIS, 02/10/2017

```
 1        Q.    Nick asked you to write a check to
 2   Vivian?
 3        A.    Yes.
 4        Q.    Do you still have the check?
 5        A.    I think it's in here.
 6        Q.    Can you locate that for me?
 7        MR. TEPLINSKY:  I'm going to run to the men's
 8   room really quick; take a short break.
 9        MR. ARMSTRONG:  Five minutes?
10        MR. TEPLINSKY:  While you look for the check.
11            (Whereupon Mr. Teplinsky left the
12             deposition for a brief recess.)
13        THE WITNESS:  Here's the 10,000 for the
14   Coastal Luxury Management that you asked before,
15   sir.  The Coastal that I didn't know what it was
16   for, but Nick asked me to wire Coastal, that it was
17   at the very beginning.  I was trying to find that
18   for you.  Do you want me to show you which one?
19   Coastal at the very very beginning when there was a
20   10,000 wire.  Here it is on exhibit DT 0017, the
21   bottom, there was a $10,000 wire transfer via Mont
22   Cnty.  Then Luxury Management, LLC.  This is it.
23   Okay.  You asked me what the $10,000 was on
24   March 20th which I said I didn't remember.  Here it
```

DOROTHEA TOURIS, 02/10/2017

Page 84

```
 1   is.  It's to Doreena Lanza.  On page 14.  14.

 2   There you go.  That's the one.  I didn't remember

 3   that one.

 4             (Whereupon Mr. Teplinsky entered the

 5             deposition)

 6   BY MR. ARMSTRONG:

 7        Q.    So 14 is Doreena Lanza, $10,000 check?

 8        A.    Yes, on March -- March 20th.

 9        MR. TEPLINSKY:  Are we on the record?  What's

10   going on?  Has this been on the record?

11        MR. ARMSTRONG:  She just said something when

12   you walked in.  That's the first time I said

13   anything.

14        A.    No, no, this is just -- the gentleman

15   wanted to know what the wire transfer was.

16        MR. TEPLINSKY:  Okay.  Have I been present

17   for everything that's been taken down on the

18   record?

19        A.    Yes.

20        MR. TEPLINSKY:  The court reporter is typing.

21   Been typing.

22        THE REPORTER:  I've been typing.

23        MR. TEPLINSKY:  Well, I object to everything

24   that took place here out of my presence.
```

DOROTHEA TOURIS, 02/10/2017

Page 86

1  Vivian was, that would be the notes that you talked

2  about that are in this folder?

3       A.   I don't believe that there's -- no.  I

4  don't.  No.  I don't know if it was --

5       Q.   Okay, then there's June 9, 2015.

6  Thousand dollar check to Heather.  Do you know what

7  Heather is, what that pertained to?

8       A.   No, but here's -- I don't know.

9       Q.   Heather Von.Ehr, is that your

10 handwriting?

11      A.   No.

12      Q.   Whose handwriting is that?

13      A.   I don't know.

14      Q.   Let me see that, please, that check?

15 You've handed me from Touris Exhibit C, June 8,

16 2015.  Check number 2850 Heather Von.Ehr.  $1,000.

17 Now that is your signature on that check, correct.

18      A.   Yes.

19      Q.   Is that Nick Gouletas' handwriting?

20      A.   No.

21      Q.   Is that your handwriting at the bottom

22 of that page?

23      A.   Yes.

24      Q.   The bottom of that page it's got

DOROTHEA TOURIS, 02/10/2017

1    Heather Von.Ehr.  Then it's got, go to lease,

2    deposit in their account.  Do you see that

3    reference?

4         A.    Go to bank, deposit in their account.

5         Q.    I'm sorry.  Go to bank.  That's your

6    handwriting?

7         A.    Yes.

8         Q.    So you took that check to Heather

9    Von.Ehr's bank and deposited it in their account?

10        A.    I guess I did, yeah.

11        Q.    Why?

12        A.    I don't know.

13        Q.    Nick requested you to do that?

14        A.    Yes.

15        Q.    Okay.  Page DT 20, once again for all

16   these references on the pages that we've been going

17   over on the account summaries, these are account

18   summaries that you kept at your office?

19        A.    What's the question?

20        Q.    I'm sorry.  Did you have these account

21   summaries prepared specifically for this deposition

22   or these were matters that you kept as part of your

23   regular business matters?  Am I making any sense?

24        A.    No, I don't understand what you're

DOROTHEA TOURIS, 02/10/2017

Page 89

1   time they were produced?  You didn't just get them

2   prepared for purposes of this deposition?

3       A.    No, I had them in the file.

4       Q.    And the notations made on them were the

5   notations that you made at the time you got the

6   documents?

7       A.    Yes.

8       Q.    Okay, on DT 20, all of these references

9   on all of these account summaries, DT 14 through DT

10  21, all of these pertain to requests that Nick

11  Gouletas made about taking money that he put into

12  your account and that you took out of the account;

13  wrote checks at his request?

14      A.    Yes.

15      Q.    July 2nd, 2015, there's a withdrawal of

16  $2,000.  This is on DT 20.  Do you see that

17  reference?  7-2-15?

18      A.    Yes.

19      Q.    Do you know what that $2,000 withdrawal

20  pertains to?

21      A.    If you go to 021 I had it marked that

22  Nick went to New York.

23      Q.    There you go.  Okay.

24      A.    It's just overlapped.

Urlaub Bowen & Associates, Inc.  312-781-9586

DOROTHEA TOURIS, 02/10/2017

Page 94

1      Q.    Did Nick Gouletas give you a discount?

2  Did you pay fair market value?

3      A.    Yes.

4      Q.    Yes being what?

5      A.    Everyone who lived in the building

6  received a ten percent discount.  I was a renter

7  when he came to the building to convert.

8      Q.    And at the time that he came to the

9  building to convert, you were already working for

10  him?

11      A.    No.

12      Q.    So --

13      A.    No, no.

14      Q.    27, 28 years ago you were renting at

15  111 East Chestnut?

16      A.    Yes.

17      Q.    Let me show you what's previously been

18  marked as Gouletas Exhibit 56.  This would be in

19  your exhibit binder.  Could you also pull 105 and

20  then 137A?  Gouletas Exhibit 56, that's a ComEd

21  bill.  You would on occasion pay the electric bills

22  for the condominium unit that Nick Gouletas lived

23  in?

24      A.    Yes.

DOROTHEA TOURIS, 02/10/2017

Page 96

```
 1  did you send that money over to Steve Gouletas?

 2       A.    When Nick asked me to -- this was my

 3  money and he asked me to send some money to Steven.

 4       Q.    Did he tell you why you were sending

 5  money to Steven?

 6       A.    No.

 7       Q.    How did the money get from your account

 8  to Steven?

 9       A.    Chase to Chase.

10       Q.    Wire transfer?  Checking account?

11       A.    Checking account.

12       Q.    Can you show me evidence that you sent

13  that money over to him in the documents that you

14  have here?  Touris Exhibit A is the subpoena,

15  document subpoena.  Exhibit B is the first batch of

16  documents produced.  Touris Exhibit C is the second

17  batch of documents produced to me today.  The

18  subject is evidence of the $195,000 that you say

19  went from your account to Steve Gouletas.  So part

20  of Touris Exhibit C is a check dated February 6,

21  2015, your check number 134 in the amount of

22  $195,000 to Steven E. Gouletas, correct?

23       MR. TEPLINSKY:  He asked you if that was

24  correct.
```

DOROTHEA TOURIS, 02/10/2017

Page 97

1      A.    Yes.

2   BY MR. ARMSTRONG:

3      Q.    Had you ever wire transferred $190,000

4   to Steve Gouletas?

5      A.    No.

6      Q.    Previously marked as Gouletas

7   Exhibit 27, Nick Gouletas' checkbook.  First page

8   is marked November, 2013.  There's check number

9   2688, $5,000, Dorothea.  In November of 2013 do you

10  recall if Nick Gouletas provided a check to you in

11  the amount of $5,000?

12     A.    Yes.

13     Q.    What did that pertain to?

14     A.    Money that he owed me.

15     Q.    For what?

16     A.    Part of the 250,000 Corus.

17     Q.    Have you ever made demand upon Nick

18  Gouletas for payment of any portion of the

19  $250,000?

20     A.    What's the question?

21     Q.    Have you ever made demand upon Nick

22  Gouletas for payment of the $250,000?

23     A.    No.

24     Q.    For Corus?  No?

DOROTHEA TOURIS, 02/10/2017

1     Q.     The 21,000 Natel Matschulat crossed

2  off, what does that pertain to?

3     A.     I don't recall that one.

4     Q.     The 5,500 to John Arnold, what does

5  that pertain to?

6     A.     John Arnold, the gentleman that was

7  with Nick.

8     Q.     I mean does that indicate to you that

9  Nick was asking you to pay 5,500 to John Arnold?

10    A.     Well, it's crossed out so that means

11  no.  No, no, no.

12    Q.     Then beneath that 30,000 and there's

13  two separate numbers there.  Do you know what that

14  pertains to?

15    A.     Natel, Natel Matschulat.

16    Q.     The numbers there, number 07 et cetera

17  and then 0609, do you know what those pertain to?

18    A.     Chase accounts, her Chase accounts.

19    Q.     Natel Matschulat's Chase accounts?

20    A.     Yes.

21    Q.     Seven pages in is the $195,000 check to

22  Steve Gouletas.  That check came out of your MB

23  Financial account, correct?

24    A.     Yes.

- Case 16-00141 Doc 52-6 Filed 08/21/17 Entered 08/21/17 20:11:13 Desc Exhibit Page 58 of 61

DOROTHEA TOURIS, 02/10/2017

Page 117

1        Q.     The summary sheets that you produced as

2    part of Touris Exhibit B, those were the Chase

3    accounts, correct?

4        A.     Yes.

5        Q.     So did Mr. Gouletas also put $195,000

6    into your MB Financial account?

7        A.     No.  No, no, no, no, no, no.  This

8    check was deposited in my MB.  That's what this is

9    from.

10       MR. TEPLINSKY:  Identify the check.

11       A.     Excuse me.  Chase for 396 was deposited

12   in my MB.  And then that's how I wrote MB to

13   Steven.

14   BY MR. ARMSTRONG:

15       Q.     And then 50,000, George?

16       A.     And George, right.  Right, yeah.

17       Q.     Let me ask you, why did you take your

18   money and pay it to George Spanos?

19       A.     Nick and I talked about it and I wanted

20   to help this old man.

21       Q.     George Spanos is the old man?

22       A.     Yes.

23       Q.     Why did you want to help the old man?

24       A.     Because I wanted to.

DOROTHEA TOURIS, 02/10/2017

Page 90

1        Q.    Cash to Nick.  So you gave $2,000, that

2   one there is correct reference.  So when it has a

3   withdrawal you understood the withdrawal to be you

4   got cash, correct?

5        A.    Yes.

6        Q.    And this is a specific reference that

7   you gave the cash that you withdrew and give it to

8   Nick Gouletas, correct?

9        A.    Yes.  This is to pay for the hotel.

10       Q.    Did you go?

11       A.    No.

12       Q.    Who went?

13       A.    Nick.

14       Q.    Jim West?

15       A.    I don't know, no.

16       Q.    You said this is to pay for the hotel?

17       A.    Yes.

18       Q.    So Nick paid cash for the hotel?

19  That's a yes?

20       A.    July, yes.

21       Q.    What did that trip pertain to?

22       A.    I don't know.  I don't know what it

23  was.  Business, you know.  I don't know.

24       Q.    You said business?

DOROTHEA TOURIS, 02/10/2017

Page 91

1       A.      I don't know.

2       Q.      July 14, 2015.  $1,602.60, three

3   tickets to Atlanta.  Do you see that reference?

4       A.      Yes.

5       Q.      What does that three tickets to Atlanta

6   pertain to?

7       A.      Nick, Natel and a gentleman by the name

8   of John Arnold went to Atlanta for something.  I

9   don't know what it was for.

10      Q.      So you understood that you were taking

11  money in your account that belonged to Nick

12  Gouletas and you were writing -- I'm sorry.

13  Payment to a credit card for Nick Gouletas' ticket

14  to Atlanta, Natel Matschulat's ticket to Atlanta

15  and John Arnold's ticket to Atlanta, correct?

16      A.      Yes.

17      Q.      Did you ever learn from any source that

18  a citation had been served on Nick Gouletas which

19  in essence operated as an injunction enjoining him

20  from taking any funds without the court's

21  permission?

22      MR. TEPLINSKY:  I'm going to object --

23      A.      No.

24      MR. TEPLINSKY:  -- to the mischaracterization

DOROTHEA TOURIS, 02/10/2017

Page 93

```
 1          MR. TEPLINSKY:  Off the record.

 2                          (Discussion off the record.)

 3   BY MR. ARMSTRONG:

 4          Q.    Ms. Touris, how long have you known

 5   Nick Gouletas?

 6          A.    35 years about.  40 years.

 7          Q.    And you've done design work for him for

 8   how long, for his companies?

 9          A.    Last 20 years.

10          Q.    How long have you lived in Chicago?

11          A.    All my life.

12          Q.    How long have you lived at 111 East

13   Chestnut?

14          A.    27 years, 28 years.

15          Q.    Did you buy your condominium from Nick

16   Gouletas, one of his entities?

17          A.    Yes.

18          Q.    One of his entities developed that

19   property you understood?

20          A.    Yes.

21          Q.    Did you pay cash for it?

22          A.    No.

23          Q.    Mortgage?

24          A.    Mortgaged.
```