# Px 20

# Nicholas S. Gouletas
# Balance Sheet
# As of March 31, 2013
## (Unaudited)

### Assets

| | | |
|---|---|---:|
| Cash | | $ 240,000 |
| Interest in American Invsco Group Ltd. | | 5,105,938 |
| Interest in Invsco Holding LLC | | 7,947,485 |
| Interest in 800 South Wells Ph II LLC | | 11,334,590 |
| Interest in American Invsco Realty, LLC | | 659,550 |
| Goodwill - See Footnote 1 | | - |
| Total Assets | | $ 25,287,563 |

### Liabilities and Net Worth

| | |
|---|---:|
| Liabilities | · None |
| Net Worth | $ 25,287,563 |
| Total Liabilities and Net Worth | $ 25,287,563 |

**Note 1**
The goodwill or trade value of the company is                    $45,000,000
This valuation is based on an analysis completed in
2007 by the then outstanding shareholders of the
company.

By Nicholas S. Gouletas

Px 20

# American Invsco Group, Ltd.
# Balance Sheet
# As of March 31, 2013
## (Unaudited)

| | Appraised Current Value | Historical Cost |
|---|---|---|
| **Assets** | | |
| Tax and Assessment Escrow | $ 428,237 | $ 428,237 |
| Buildings, Net of Accumulated Depreciation | 6,090,000 | 1,572,045 |
| Deferred Loan Costs, net | 19,801 | 19,801 |
| Net Advances to Affiliates | 2,600,189 | 2,600,189 |
| Total Assets | $ 9,138,227 | $ 4,620,272 |
| | | |
| **Liabilities and Member's Equity** | | |
| Liabilities: | | |
| Assessments Payable | $ 520,073 | $ 520,073 |
| Accounts Payable | 33,099 | 33,099 |
| Accrued Real Estate Taxes | 133,306 | 133,306 |
| Mortgage Payable | 1,345,811 | 1,345,811 |
| Notes Payable | 2,000,000 | 2,000,000 |
| Total Liabilities | 4,032,289 | 4,032,289 |
| Member's Equity | 5,105,938 | 587,983 |
| Total Liabilities and Member's Equity | $ 9,138,227 | $ 4,620,272 |

2

# Invsco Holdings, LLC
# Balance Sheet
# As of March 31, 2013
## (Unaudited)

|  | Appraised Current Value | Historical Cost |
|---|---|---|
| **Assets** |  |  |
| Cash (Restricted) | 147,667 | 147,667 |
| Accounts Receivable | 39,044 | 39,044 |
| Real Property | 11,870,000 | 6,462,082 |
| Deferred Loan Costs | 280,448 | 280,448 |
| Total Assets | $ 12,337,159 | $ 6,945,353 |
| **Liabilities and Member's Equity** |  |  |
| Liabilities: |  |  |
| Accounts Payable | $       73,349 | $       73,349 |
| Accrued Real Estate Taxes | 111,371 | 111,371 |
| Other Liabilities | 53,708 | 53,708 |
| Mortgages Payable | 3,851,246 | 3,851,246 |
| Notes Payable | 300,000 | 300,000 |
| Total Liabilities | 4,389,674 | 4,389,674 |
| Member's Equity | 7,947,485 | 2,555,679 |
| Total Liabilities and Member's Equity | $ 12,337,159 | $ 6,945,353 |

# 800 South Wells Phase II, LLC
# Balance Sheet
# As of March 31, 2013
## (Unaudited)

| | Appraised Current Value | Historical Cost |
|---|---|---|
| **Assets** | | |
| Accounts Receivable | $        3,184 | $        3,184 |
| Real Property | 14,880,000 | 2,177,700 |
| Total Assets | $ 14,883,184 | $ 2,180,884 |
| | | |
| **Liabilities and Member's Equity** | | |
| Liabilities: | | |
| Accrued Real Estate Taxes | $      248,594 | $      248,594 |
| Mortgage Payable | 3,300,000 | 3,300,000 |
| Total Liabilities | 3,548,594 | 3,548,594 |
| Member's Equity | 11,334,590 | (1,367,710) |
| Total Liabilities and Member's Equity | $ 14,883,184 | $ 2,180,884 |

P:\ACCTDATA\River - 800 S. Wells Phase 1&2\800 S Wells Ph2 Bal Sheet 033113.xls

# American Invsco Realty LLC
# Balance Sheet
# As of March 31, 2013
## (Unaudited)

### Assets

| | | |
|---|---:|---:|
| Cash Restricted - Earnest Money | | $ 4,200 |
| Commission Due from 2520 North Lakeview | | 234,500 |
| Net Advances to Affiliates | | 425,050 |
| Investment in The Acquest Group, LLC | | |
| Contributions | $ 48,494 | |
| Net Income (Loss) to Date | (48,494) | |
| Net Investment in The Acquest Group, LLC | | - |
| | | |
| Total Assets | | $ 663,750 |

### Liabilities and Members' Equity

Liabilities:

| | |
|---|---:|
| Earnest Money Deposit | $ 4,200 |
| Total Liabilities | 4,200 |
| Members' Equity | 659,550 |
| Total Liabilities and Members' Equity | $ 663,750 |

5

# The Acquest Group, LLC
# Balance Sheet
# As of March 31, 2013
## (Unaudited)

### Member's Equity

| | | |
|---|---|---:|
| Member's Contributions | $ | 48,744 |
| Net income (loss) to date | | (48,744) |
| | | |
| Total Member's Equity | $ | - |

6

# Px 29



EXHIBIT # 29
WIT: Gouletas
DATE: 10/20/14
Christa Yan, CSR, RPR

**NICHOLAS S. GOULETAS**
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

182 WEST LAKE STREET, SUITE 200, CHICAGO, IL 60601
E-MAIL: NSG@AMERICANINVSCO.NET
WWW.AMERICANINVSCO.NET

TEL 312.595.4700
FAX 312.676.7847
CELL 312.955.2093
DIRECT 312.621.8615