# Px 178

i-ARC! Page 1 of 1

JPMorgan Chase & Co. i-ARC!



Px178

# Px 180

Current Balance: $203,530.92
Present Balance: $203,530.92
Available Less Overdraft: $203,530.92
Available Balance: $622,693.97

*denotes end of day balance
*required field

| Date Posted | Tran Type | Description | Debits (-) $ | Credits (+) $ | Balance |
|---|---|---|---|---|---|
| 03/24/2015 | Check | CHECK # 2161 | -16,000.00 | | 211,151.58 |
| 03/24/2015 | Check | CHECK # 2160 | -53,000.00 | | 227,151.58 |
| 03/20/2015 | Misc. Debit | Transfer to SAV XXXXX5061 | -90,000.00 | | 280,151.58 * |
| 03/20/2015 | Withdrawal | WITHDRAWAL # 554772727 | -5,000.00 | | 370,151.58 |
| 03/20/2015 | Withdrawal | WITHDRAWAL # 554772728 | -20,000.00 | | 375,151.58 |
| 03/20/2015 | Wire Transfer | WIRE TRANSFER VIA: SANTANDER B | -10,000.00 | | 395,151.58 |
| 03/17/2015 | Misc. Debit | Transfer to CHK XXXXX5547 | -10,000.00 | | 405,151.58 |
| 03/17/2015 | Withdrawal | WITHDRAWAL # 572411406 | -5,000.00 | | 415,151.58 * |
| 03/17/2015 | Deposit | DEPOSIT ID NUMBER 613607 # 14 | | 435,000.00 | 420,151.58 |
| 03/16/2015 | Withdrawal | WITHDRAWAL # 574511264 | -5,000.00 | | 5,151.58 |
| 03/12/2015 | Misc. Debit | Debit for $414,585.00, an item | -414,585.00 | | 10,151.58 * |
| 03/06/2015 | Deposit | DEPOSIT ID NUMBER 811306 # 14 | | 415,000.00 | 424,736.58 |
| 02/27/2015 | Interest | INTEREST PAYMENT | | 0.04 | 9,736.58 * |
| 02/18/2015 | Check | CHECK # 123 | -7,000.00 | | 9,736.54 * |
| 02/17/2015 | Wire Transfer | FEDWIRE CREDIT VIA: THE PRIVAT | | 15,730.00 | 16,736.54 * |
| 01/23/2015 | Interest | INTEREST PAYMENT | | 0.01 | 1,006.54 * |

Newer / Older

Px 180

Present Balance: $153,029.90
Available Less Overdraft: $153,029.90
Available Balance: $572,156.34

*denotes end of day balance

| Date Posted | Tran Type | Description | Debits(-) $ | Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 03/27/2015 | Check | CHECK # 2152 AT&T Service | -97.23 | — T&UeP | 153,029.90 * |
| 03/27/2015 | Check | CHECK # 2156 | -1,865.16 | — 33 DEWEAGE | 153,127.13 |
| 03/27/2015 | Check | CHECK # 2157 | -2,788.28 | — 33 DEWEAGE | 154,992.29 |
| 03/26/2015 | Check | CHECK # 2154 OCWEN LOCKBO | -2,949.02 | — MORTGAGE | 157,780.57 |
| 03/26/2015 | Check | CHECK # 2153 | -869.09 | — COM ED | 160,729.59 * |
| 03/26/2015 | Check | CHECK # 2155 | -1,061.00 | — B OF A. MORTGAGE | 161,598.68 |
| 03/26/2015 | Check | CHECK # 2158 | -3,436.06 | | 162,659.68 |
| 03/26/2015 | Check | CHECK # 2159 | -5,512.22 | /// ASSESSMENTS | 166,095.74 |
| 03/25/2015 | Check | CHECK # 2151 | -897.06 | — SNOW PLING | 171,607.96 * |
| 03/25/2015 | Misc. Debit | Transfer to SAV XXXXXX5061 | -1,006.56 | | 172,505.02 |
| 03/24/2015 | Check | CHECK # 2164 | -30,000.00 | — NATEL M. | 173,511.58 * |
| 03/24/2015 | Check | CHECK # 2163 | -440.00 | — STEVAN G | 203,511.58 |
| 03/24/2015 | Check | CHECK # 2162 | -7,200.00 | — STEVAN G | 203,951.58 |
| 03/24/2015 | Check | CHECK # 2161 | -16,000.00 | — STEVAN G | 211,151.58 |
| 03/24/2015 | Check | CHECK # 2160 | -53,000.00 | — STEVAN G | 227,151.58 |
| 03/20/2015 | Misc. Debit | Transfer to SAV XXXXX5061 | -90,000.00 | — DAT | 280,151.58 * |

Older

| Date Posted | Tran Type | Description | Debits(-) | Credits(+) | Balance |
|---|---|---|---|---|---|
| 04/01/2015 | Misc. Credit | | | | 203,030.92 * |
| 03/30/2015 | Interest | INTEREST PAYMENT | | 1.02 | 203,029.90 |
| 03/30/2015 | Transfer Funds | Transfer from SAV XXXXXX5061 | | 50,000.00 | |
| 03/27/2015 | Check | CHECK # 2152 AT&T Service | -97.23 | | 153,029.90 * |
| 03/27/2015 | Check | CHECK # 2156 | -1,865.16 | | 153,127.13 |
| 03/27/2015 | Check | CHECK # 2157 | -2,788.28 | | 154,992.29 |
| 03/27/2015 | Check | CHECK # 2154 OCWEN LOCKBO | -2,949.02 | | 157,780.57 |
| 03/26/2015 | Check | CHECK # 2153 | -869.09 | | 160,729.59 * |
| 03/26/2015 | Check | CHECK # 2155 | -1,061.00 | | 161,598.68 |
| 03/26/2015 | Check | CHECK # 2158 | -3,436.06 | | 162,659.68 |
| 03/26/2015 | Check | CHECK # 2159 | -5,512.22 | | 166,095.74 |
| 03/25/2015 | Check | CHECK # 2151 | -897.06 | | 171,607.96 * |
| 03/25/2015 | Misc. Debit | Transfer to SAV XXXXX5061 | -1,006.56 | | 172,505.02 |
| 03/24/2015 | Check | CHECK # 2164 | -30,000.00 | | 173,511.58 * |
| 03/24/2015 | Check | CHECK # 2163 | -440.00 | | 203,511.58 |
| 03/24/2015 | Check | CHECK # 2162 | -7,200.00 | | 203,951.58 |

Older

*denotes end of day balance

*denotes end of day balance

| Dates Posted | Tran Type | Description | Debits(-) $ | Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 04/16/2015 | Check | CHECK # 2367 | -1,378.59 — STRAIGHT ARROWS | | 119,430.17 * |
| 04/16/2015 | Check | CHECK # 2366 | -2,695.29 — REST SERVICE ASSET | | 120,808.76 |
| 04/16/2015 | Check | CHECK # 2359 | -14,268.31 — WATCOW STAR | | 123,504.05 |
| 04/16/2015 | Check | CHECK # 2368 | -15,150.29 — | | 137,772.36 |
| 04/16/2015 | Check | CHECK # 2411 SPECIALIZED | -4,167.06 — REST SERVICE (Asset) | | 152,922.65 * |
| 04/15/2015 | Check | CHECK # 2360 | -125.10 — AT&T | | 157,089.71 |
| 04/14/2015 | Check | CHECK # 2361 AT&T Service | -1,639.82 — COMED | | 157,214.81 |
| 04/14/2015 | Check | CHECK # 2165 ComEd | -2,634.74 — DEL PC ASSES | | 158,854.63 |
| 04/14/2015 | Check | CHECK # 2409 | -4,299.75 — MORTGAGE | | 161,489.37 |
| 04/14/2015 | Check | CHECK # 2358 OCWEN LOCKBO | -22,474.24 — NATION STAR | | 165,789.12 |
| 04/14/2015 | Check | CHECK # 2413 | -65.00 CITY OF CHGO | | 188,263.36 * |
| 04/13/2015 | Check | CHECK # 2362 | -230.00 LIBERTY MUTUAL | | 188,328.36 |
| 04/13/2015 | Check | CHECK # 2412 | -1,391.55 — GREENTREE SEW | | 188,558.36 |
| 04/09/2015 | Check | CHECK # 2369 GREENTREE SE | -3,581.01 — ICC CHESNUT | | 189,949.91 * |
| 04/07/2015 | Check | CHECK # 2365 | -10,000.00 LONUSE MANAGEMENT LLC | | 193,530.92 * |
| 04/01/2015 | Misc. Credit | | | 500.00 | 203,530.92 * |
| | Wire Transfer | WIRE TRANSFER VIA: MONT CNTY B | | | |
| | | TRANSFER FROM CHK XXXXXX4044 | | | |

Newer          Older

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) | $ Balance |
|---|---|---|---|---|---|
| 05/11/2015 | Check | CHECK # 8895 | -1,000.00 | | 64,727.07 * |
| 05/14/2015 | Misc. Debit | Transfer to CHK XXXXX8679 | -5,000.00 | | 65,727.07 * |
| 05/18/2015 | Check | CHECK # 505911 | -5,000.00 | | 70,727.07 * |
| 05/05/2015 | Online | Payment to Chase card ending i | -695.00 | | 75,727.07 * |
| 05/04/2015 | Transfer | | | | 76,422.07 |
| 05/04/2015 | Check | CHECK # 2971 | -10,000.00 — GEORGE SPANOS | | 86,422.07 |
| 04/30/2015 | Check | CHECK # 2972 | -13,000.00 — NATEL | | 99,422.07 * |
| 04/30/2015 | Interest | INTEREST PAYMENT | | 1.24 | 99,420.83 |
| 04/30/2015 | Check | CHECK # 419172 | -2,000.00 | | 101,420.83 |
| 04/29/2015 | Misc. Debit | Payment to credit card VIS XXX | -499.00 | | 101,919.83 * |
| 04/29/2015 | Check | CHECK # 2970 | -200.00 — CHASE | | 102,119.83 |
| 04/29/2015 | Check | CHECK # 2416 | -1,500.00 — GK CHURCH | | 103,619.83 |
| 04/28/2015 | Check | CHECK # 2417 | -3,500.00 — ANNUCIATION GK | | 107,119.83 ** |
| 04/27/2015 | Check | CHECK # 2364 | -1,628.10 — 111 CHESTNUT | | 108,747.93 * |
| 04/23/2015 | Check | CHECK # 2414 | -10,000.00 — KAREN TROTTA | | 118,747.93 * |
| 04/23/2015 | Check | CHECK # 2363 | -662.25 | | 119,410.18 ** |
| 04/22/2015 | Check | CHECK # 952038 | -19.99 | | |

Newer ← → Older

* denotes end of day balance

| Date Posted | Tran Type | Description | Debits(-) $ | Credits(+) $ | *denotes end of day balance Balance |
|---|---|---|---|---|---|
| 06/15/2015 | ACH Debit | American Express ACH PMT | -200.00 | | 15,489.55 * |
| 06/10/2015 | ACH Debit | American Express ACH PMT | -39.66 | | 15,689.55 * |
| 06/10/2015 | Check | CHECK # 392904 | -536.95 | | 15,729.21 |
| 06/09/2015 | Check | CHECK # 2850 | -1,000.00 — Heather | | 16,266.16 |
| 06/09/2015 | Check | CHECK # 2366 | -6,178.31 — (((Chestnut | | 16,266.16 * |
| 06/08/2015 | Online Transfer | Payment to Chase card ending i | -2,171.10 | | 17,266.16 * |
| 06/04/2015 | Transfer | | -10,000.00 — Vivien | | 19,437.26 * |
| 06/03/2015 | Check | CHECK # 2849 | -6,178.31 | | 29,437.26 |
| 05/29/2015 | Check | CHECK # 2847 | | | 35,615.57 * |
| 05/29/2015 | Interest | INTEREST PAYMENT | | 0.55 | 35,615.02 |
| 05/29/2015 | Check | CHECK # 776472 | -6,500.00 Natel's card | | 42,115.02 |
| 05/29/2015 | Online Transfer | Payment to Chase card ending i | -900.00 Nicks card | | 43,015.02 * |
| 05/28/2015 | Withdrawal | WITHDRAWAL # 571813332 | -5,000.00 | | 48,015.02 |
| 05/28/2015 | Withdrawal | WITHDRAWAL # 571813333 | -5,000.00 | | 53,015.02 |
| 05/26/2015 | Misc. Debit | Transfer to SAV XXXXX5061 | -10,000.00 | | 63,015.02 * |
| 05/26/2015 | Misc. Debit | Transfer to CHK XXXXX2557 | -2,712.05 | | 65,727.07 |
| 05/26/2015 | Deposit | DEPOSIT ID NUMBER 183053 # 14 | | 1,000.00 | |

Older

DT 0319

| Date Posted | Tran Type | Description | $ Debits(-) | $ Credits(+) | *denotes end of day balance $ Balance |
|---|---|---|---|---|---|
| 07/31/2015 | Interest | INTEREST PAYMENT | | 0.02 | 1,985.43 * |
| 07/14/2015 | Online Transfer | Payment to Chase card ending i | -1,602.60 | | 1,985.41 * |
| 07/06/2015 | ACH Debit | American Express ACH PMT | -658.57 | | 3,588.01 * |
| 07/06/2015 | Online Transfer | Payment to Chase card ending i | -177.60 | | 4,246.58 |
| 07/06/2015 | Online Transfer | Payment to Chase card ending i | -800.00 | | 4,424.18 |
| 07/02/2015 | Withdrawal | WITHDRAWAL # 571813430 | -2,000.00 | | 5,224.18 * |
| 06/30/2015 | Interest | INTEREST PAYMENT | | 0.15 | 7,224.18 * |
| 06/30/2015 | Check | CHECK # 798 | -600.00 | | 7,224.03 |
| 06/25/2015 | ACH Debit | STATE FARM RO 08 CPC-CLIENT 01 | -997.68 | | 7,824.03 * |
| 06/24/2015 | Check | CHECK # 796429 | -5,000.00 | | 8,821.71 * |
| 06/24/2015 | Online Transfer | Payment to Chase card ending i | -1,000.00 | | 13,821.71 |
| 06/19/2015 | ACH Debit | BILLMATRIX BILLPAYFEE 15 | -2.50 | | 14,821.71 * |
| 06/19/2015 | ACH Debit | COMED - WALLET A BILL PAY 15 | -665.34 | | 14,824.21 |
| 06/15/2015 | ACH Debit | American Express ACH PMT | -200.00 | | 15,489.55 * |
| 06/10/2015 | ACH Debit | American Express ACH PMT | -39.66 | | 15,689.55 * |
| 06/10/2015 | Check | CHECK # 392904 | -536.95 | | 15,729.21 |

Older

DT 0020

| Date Posted | Tran Type | Description | Debits(-) $ | Credits(+) $ | Balance |
|---|---|---|---|---|---|
| 10/30/2015 | Interest | INTEREST PAYMENT | | 0.01 | 1,368.47 * |
| 09/30/2015 | Interest | INTEREST PAYMENT | | 0.01 | 1,368.46 * |
| 08/14/2015 | Online Transfer | Payment to Chase card ending j | -617.00 | | 1,368.45 * |
| 08/31/2015 | Interest | INTEREST PAYMENT | | 0.02 | 1,985.45 * |
| 07/31/2015 | Interest | INTEREST PAYMENT | | 0.02 | 1,985.43 * |
| 07/14/2015 | Online Transfer | Payment to Chase card ending i | -1,602.60 —3 TICKETS TO ATLANTA | | 1,985.41 |
| 07/06/2015 | ACH Debit | American Express ACH PMT | -658.57 —GK ISLANDS R. | | 3,588.01 * |
| 07/06/2015 | Online Transfer | Payment to Chase card ending i | -177.60 —DELTA AIRLINES | | 4,246.58 |
| 07/06/2015 | Online Transfer | Payment to Chase card ending i | -800.00 —N. CREDIT CARD | | 4,424.18 |
| 07/02/2015 | Withdrawal | WITHDRAWAL # 571813430 | -2,000.00 CASH TO NICK FOR NY 7/4 | | 5,224.18 * |
| 06/30/2015 | Interest | INTEREST PAYMENT | | 0.15 | 7,224.18 * |
| 06/30/2015 | Check | CHECK # 798 | -600.00 —GK ISLANDS | | 7,224.03 |
| 06/25/2015 | ACH Debit | STATE FARM RO 08 CPC-CLIENT 01 | -997.68 | | 7,824.03 * |
| 06/24/2015 | Check | CHECK # 796429 | -5,000.00 | | 8,821.71 * |
| 06/24/2015 | Online Transfer | Payment to Chase card ending i | -1,000.00 | | 13,821.71 |
| 06/19/2015 | ACH Debit | BILLMATRIX BILLPAYFEE 15 | -2.50 | | 14,821.71 * |

Older

# Px 181

2/6/15



#134 PD 2/9/2015 $195,000.00

#134 PD 2/9/2015 $195,000.00

Px/81

7

# Px 182

2/6/15



DOROTHEA A. TOURIS
6301 N. KNOX AVE.
CHICAGO, IL 60646

135
Date 2/6/15
Pay to the order of GEORGE SPANOS  $50,000 ⁵⁰
Fifty thousand dollars and no cents

mb financial bank

Dorothea A. Touris

#135 PD 2/9/2015 $50,000.00

Seq: 31
Batch: 558887
Date: 02/07/15

#135 PD 2/9/2015 $50,000.00

Px 182

8

# Px 183

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Nicholas S. Gouletas** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | 16-01335 | | |
| (if known) | | | ☐ Check if this is an amended filing |

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ■ No
   ☐ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

---

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1
    


Px183

Debtor 1   **Nicholas S. Gouletas**                                                      Case number (if known)   **16-01335**

### Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    - ■ No
    - ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | Person to Whom You Gave the Gift and Address: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity
    - ☐ No
    - ■ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|
    | Assumption | $20-40 approx. 3x per month | | $0.00 |

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?
    - ■ No
    - ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B Property* | Date of your loss | Value of property lost |
    |---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

    | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | FactorLaw<br>105 W. Madison St., Ste 1500<br>Chicago, IL 60602<br>www.wfactorlaw.com<br>Steven E. Gouletas | $10,000 ($5,000 disbursed to Ron Braver, accountant); $10,000 ($5,000 disbursed to Ron Braver, accountant) | 10/24/2014;<br>12/29/2014 | $10,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
    Do not include any payment or transfer that you listed on line 16.
    - ■ No
    - ☐ Yes. Fill in the details.

    | Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|

Debtor 1    Nicholas S. Gouletas                                Case number (if known)    16-01335

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| See attached list. | | EIN:<br><br>From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Humberto Alfonso<br>c/o Swanson Martin Bell LLP<br>330 N. Wabash #3300<br>Chicago, IL 60611 | not for extension of credit purposes, turned over as responsive to document production request on or about 9/23/2014 |
| Karl T. Muth<br>c/o Swanson Martin & Bell LLP<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 | not for extension of credit purposes, turned over as responsive to document production request on or about 9/23/2014 |
| 800 South Wells Commercial, LLC<br>c/o Dean F. Armstrong<br>1324 Dartmouth Road<br>Flossmoor, IL 60422 | not for extension of credit purposes, turned over as responsive to document production request on or about 9/23/2014 |

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Nicholas S. Gouletas
Nicholas S. Gouletas                      Signature of Debtor 2
Signature of Debtor 1

Date    February 15, 2016                        Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Nicholas S. Gouletas | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | NORTHERN DISTRICT OF ILLINOIS | |
| Case number | 16-01335 | | |
| (If known) | | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Nicholas S. Gouletas
Signature of Debtor 1

Signature of Debtor 2

Date   2/15/16

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).