UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Nicholas S. Gouletas,<br><br>Debtor(s)<br>800 South Wells Commercial LLC,<br><br>Plaintiff(s)<br>Nicholas S. Gouletas,<br><br>Defendant(s) | BK No.: 16-01335<br><br>Chapter: 7<br><br>Honorable Timothy A. Barnes<br><br>Adv. No.: 16-00141 |

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On December 20, 2017, the Court heard Plaintiff's Motions for Partial Summary Judgment (D. N. 52) (the "Motions"). For the reasons stated in open Court, the Motions are granted in part and denied in part as follows:

A.  On Plaintiff's Motion for Summary Judgment on Count Three for denial of the Debtor's discharge pursuant to 11 U.S.C. §727(a)(2)(A):

  1.  Summary judgment is GRANTED as to the fact that Debtor's transfers and non-disclosures of the Debtor's property as described in the Motions within one year of the Debtor's filing of bankruptcy on January 17, 2016;

  2.  Summary judgment is DENIED as to whether any such transfers and non-disclosures were made with the intent to hinder, delay or defraud a creditor.

B.  On Plaintiff's Motion for Summary Judgment as to Debtor's First and Third Affirmative Defenses:

  1.  Summary judgment is GRANTED as to the Debtor's affirmative defense of unclean hands as set forth in his Third Affirmative Defense;

  2.  On Debtor's First Affirmative Defense of lack of standing:

    (i)   summary judgment is GRANTED on the alleged lack of notice issue;

    (ii)  summary judgment is DENIED as to the statute of limitations issue; and

    (iii) accordingly, the Debtor's affirmative defense of lack of standing as set forth in

Rev: 20170308_apo

his First Affirmative Defense is limited to the issue of the statute of limitations for enforcement.

Enter: [signature]

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: JAN 1 0 2018

**Prepared by:**
F. Dean Armstrong
Armstrong Law Firm PC
23353 S. 88th Avenue
Frankfort, IL 60423
815/464-3243

Rev: 20170308_apo