# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| NICHOLAS S. GOULETAS, | ) | No. 16-01335 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| _____ | ) | |
| | ) | |
| 800 SOUTH WELLS COMMERCIAL LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 1:16 ap 141 |
| | ) | |
| NICHOLAS S. GOULETAS, | ) | |
| | ) | |
| Debtor-Defendant. | ) | |

## AMENDED NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on May 16, 2018 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in Courtroom 744 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present Debtor-Defendant' Motion for Leave to File, *Instanter,* Defendant's Reply…", at which time and place you may appear as you see fit.

Movant Gouletas hereby withdraws the Notice of Motion for May 15, 2018 at 10:30 a.m.

**NICHOLAS S. GOULETAS**

By:   ___/s/ Richard H. Fimoff_____

Richard H. Fimoff (#804886)
rfimoff@rsplaw.com
Robert J. Trizna (#3123760)
rtrizna@ rsplaw.com
Christine R. Walsh (#6319177)
cwalsh@rsplaw.com
ROBBINS SALOMON & PATT, LTD.
180 N. LaSalle Street
Suite 3300
Chicago, Illinois 60601
(312) 782-9000

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served upon all parties receiving CM/ECF noticing on this 2nd day of May, 2018.

\_\_\_/s/ Richard H. Fimoff_____

1552593